In Matter of Estate of Ulreh Vogt, Deceased.
Frances Vogt, Petitioner-Appellee, v. Ulreh Vogt, Jr.,
as Administrator with Will Annexed of Estate of
Ulreh Vogt, Deceased, Respondent-Appellant.

Gen. No. 47,153.

First District, Second Division.

April 1, 1958.

Rehearing denied April 18, 1958.

Released for publication May 21, 1958.

Ernest Feldon
(Harold F. Ronin, of counsel) for respondent-appellant; Driscoll
& Cleary, for petitioner-appellee. Opinion by PRESIDING JUS-
TICE KILEY. Not to be published in full.